**United States District Court**
**For the Northern District of California**

**E-FILED on** 6/2/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN MELCHER,<br><br>       Appellant,<br><br>  v.<br><br>JOHN W. RICHARDSON,<br><br>       Appellee. | No. 11-CV-00342 RMW<br><br>ORDER GRANTING REQUEST FOR ADDITIONAL TIME |

Appellant Ryan Melcher requests additional time to file a brief in support of his appeal. The request is granted. Mr. Melcher's brief is due on June 17, 2011.

DATED:  6/2/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING REQUEST FOR ADDITIONAL TIME—No. 11-CV-00342 RMW
MEC