***E-FILED - 9/20/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN MELCHER,<br><br>   Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>   Appellee. | No. 11-cv-00342 RMW<br><br>ORDER TO SHOW CAUSE |

  Ryan Melcher commenced the above appeal by filing a notice of appeal on January 12, 2011. The record on appeal has not been transmitted by the Bankruptcy Court to the District Court because Mr. Melcher did not file the designations of record with the Bankruptcy Court. See Declaration of Charles P. Maher Regarding Status of Appeal. On May 2, 2011, Mr. Melcher filed a request for additional time to file his brief with the District Court. The court granted the request and required the opening brief to be filed on or before June 17, 2011. No brief had been filed. The court therefore orders appellant to appear at 9:00 a.m. on October 21, 2011 and show cause why the case should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

DATED: 9/20/11

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE —No. 11-cv-00342 RMW
MEC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JACQUELINE C. MELCHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IN RE: JACQUELINE C. MELCHER et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV11-00342 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryan Melcher
P.O. Box 222798
Carmel, CA 93922

Dated: September 20, 2011

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk