**E-FILED on** 10/21/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN MELCHER,<br><br>        Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>        Appellee. | No. 11-cv-00342 RMW<br><br>ORDER SETTING DEADLINES |

     Ryan Melcher commenced the above appeal by filing a notice of appeal on January 12, 2011. The record on appeal has not been transmitted by the bankruptcy court to the district court because Mr. Melcher did not file adequate or correct designations of record with the bankruptcy court. Mr. Melcher also has not filed an opening brief. On September 20, 2011, the court ordered Mr. Melcher to appear on October 21, 2011 and show cause why the case should not be dismissed for lack of prosecution. Mr. Melcher did not appear at the hearing on October 21, though his mother Jacqueline Melcher did appear regarding her separate appeal. Mr. Melcher must file adequate designations of the record with the Bankruptcy Court so that the record may be transmitted to the district court by November 4, 2011. To determine how to correct the record, Mr. Melcher may need to contact the

bankruptcy court's appeals clerk. He must then file his opening brief in this appeal by December 1, 2011. If these deadlines are not met, the appeal will be dismissed.

DATED: 10/21/2011

RONALD M. WHYTE
United States District Judge

ORDER SETTING DEADLINES    —No. 11-cv-00342 RMW
MEC                                                                2